UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cr-00144-JPH-TAB |
| SIR CHARLES DAVID BROWN, | ) ) -01 |
| Defendant. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Mark J. Dinsmore's Report and Recommendation and all findings therein, dkt. [47]. The Court now **ORDERS** that Sir Charles David Brown's supervised release is therefore **REVOKED**, dkt. [67], and Mr. Brown is sentenced to the custody of the Attorney General or his designee for imprisonment of 4 months, to be served consecutive to any sentence received by defendant in the Superior Court of Marion County, Case No. 49D30-2410-F5-029593, with no supervision to follow.

**SO ORDERED.**

Date: 1/30/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C